IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | NO. 4:11CR196 |
| § | (Judge Schell) |
| ROSEMARIE FLORES (36) § | |
| a.k.a. Rosemarie Flores Brioso, "Ericka" § | |

## MOTION FOR DETENTION HEARING

COMES NOW the United States and asks this Honorable Court to set the instant case for detention hearing under Title l8, United States Code, §3l4l, et. seq., and would show the Court the following:

1. The pending case involves:

    [ ]  (A) A crime of violence.

    [ ]  (B) An offense for which the maximum sentence is life imprisonment or death.

    [X]  (C) An offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act or Title 2l, U.S.C. §955(a).

    [ ]  (D) A felony committed after the Defendant had been convicted of two or more prior offenses described in Title l8, U.S.C. §3l42(f)(1)(A)-(C) or comparable state or local offenses.

    [X]  (E) A serious risk that the Defendant will flee.

    [ ]  (F) A serious risk that the person will obstruct or attempt to obstruct justice, or attempt to threaten, injure or intimidate a prospective witness or juror.

DETENTION MOTION - Page 1

      [ ]    (G)  The person was on release pending trial for a felony under State, Federal or Local law; or was on probation or parole for an offense under State, Federal or Local law.

2. No condition or combination of conditions will:

      [X]    (A)  Reasonably assure the appearance of the person as required.

      [X]    (B)  The safety of the community or any other person.

WHEREFORE, Premises Considered, the Government requests that the Defendant be held without bond.

                               Respectfully submitted,

                               JOHN M. BALES
                               UNITED STATES ATTORNEY

                               /s/
                               HEATHER HARRIS RATTAN
                               Assistant United States Attorney
                               Texas Bar No. 16581050
                               101 E. Park Blvd, Suite 500
                               Plano, Texas 75074
                               Phone 972/509-1201
                               Facsimile 972/509-1209
                               heather.rattan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be served by electronic filing once known.

                               __/s/_____
                               HEATHER RATTTAN